# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JUAN JOSE COSIO,<br><br>                      Defendant. | Case No. 13CR3670-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846 - Conspiracy to Distribute Heroin (Count 1 of the Indictment);
21:841(a)(1) and 18:2 - Possession of Heroin with Intent to Distribute and Aiding and Abetting (Count 2 of the Indictment)
21:841(a)(1), 846 - Conspiracy to Distribute Heroin (Felony) (Count 1 of the Superseding Information)

Dated: 7/17/2015

_Barry Ted Moskowitz_
Hon. Barry Ted Moskowitz
United States District Judge